# EXHIBIT 1

**Attachments:**      AG Memo - Rosenzweig Removal.pdf

---

From: **Sena, F. Michael (JMD)** ██████████████████████

Date: Tue, Sep 23, 2025 at 6:29 PM

Subject: AG Notification of Your Removal - Effective Immediately.

To: Rosenzweig, Will (USAFLS) ████████████████

████████████████████████████

Cc: Mulcahy, Valarie (USAEO) ████████████████, Nguyen, Vu (JMD)
████████████████, Gunning, Christine E. (JMD)
████████████████████

Mr. Rosenzweig – attached is an Attorney General memorandum notifying you of your removal from Federal service effective immediately.

For questions regarding your post federal employment benefits, please contact your Human Resources Office. Please coordinate with your Security Programs Manager/Security Office for the return of all government issued equipment and access control badges, along with any other items issued by or belonging to the federal government. You may also make arrangements with your Security Programs Manager/Security Office for the return of your personal belongings, if any.

v/r

F. Michael Sena
Director, Human Resources
Justice Management Division
DOJ Deputy CHCO
U.S. Department of Justice