# EXHIBIT 2



**Office of the Attorney General**

**Washington, D. C. 20530**

MEMORANDUM FOR WILL J. ROSENZWEIG

FROM:        THE ATTORNEY GENERAL

Subject:        Notice of Removal from Federal Service

This memorandum provides official notice that you are removed from your position of Assistant U.S. Attorney, AD-0905-29, Criminal Division – Southern District of Florida, United States Attorney's Office, and from the federal service effective immediately.

Pursuant to Article II of the United States Constitution and the laws of the United States, your employment with the Department of Justice is hereby terminated, and you are removed from federal service effective immediately.

If applicable, you may have a right to file an appeal of this removal with the U.S. Merit Systems Protection Board (MSPB) within 30 days of the effective date of the removal action. For more information on how to file an appeal with the MSPB, please visit www.mspb.gov.

_____                    _9/23/25_____
The Attorney General                          Date

I acknowledge receipt of this notice of removal.  I understand that my acknowledgment of receipt does not constitute agreement with the action, and I understand that my refusal to acknowledge receipt does not void or otherwise prevent the removal action.

_____
Will J. Rosenzweig