# EXHIBIT 3

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ROSENZWEIG, WILL JONATHAN | ■■■■ | ■■■■ | 09/23/2025 |

## FIRST ACTION | SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 330 | REMOVAL | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZLM | ART II CONSTITUTION | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

**7. FROM: Position Title and Number**
ASST US ATTY
040172   P0CRM8

**15. TO: Position Title and Number**

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| AD | 0905 | 29 | 00 | ■■■ | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| ■■■ | ■■■ | ■■■ | .00 |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | .00 | | .00 |

**14. Name and Location of Position's Organization**
FLORIDA, SOUTHERN
CRIMINAL DIVISION

**22. Name and Location of Position's Organization**

7A
DJ JA0420230200000000   PP 19 2025

## EMPLOYEE DATA

| 23. Veterans Preference | | | | |
|---|---|---|---|---|
| 1 | 1 – None<br>2 – 5-Point | 3 – 10-Point/Disability<br>4 – 10-Point/Compensable | 5 – 10-Point/Other<br>6 – 10-Point/Compensable/30% | |

| 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 | 0 – None    2 – Conditional<br>1 – Permanent    3 – Indefinite | | YES  X  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC | 9  NOT APPLICABLE | 0  NOT APPLICABLE |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS (FRAE) | 09/13/2020 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 2 | 1 – Competitive Service    3 – SES General<br>2 – Excepted Service    4 – SES Career Reserved | E  E – Exempt<br>N – Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 12-2010-086 | MIAMI  MIAMI-DADE  FL |

| 40. Agency Data | 41.<br>SEX: M | 42.<br>CITZ: 1 | 43.<br>VET STAT: X | 44.<br>ED LV:15 YR:11 INST PRG:220101 |
|---|---|---|---|---|

**45. Remarks**
IF APPLICABLE, YOU MAY HAVE A RIGHT TO FILE AN APPEAL OF THIS REMOVAL
WITH THE U.S. MERIT SYSTEMS PROTECTION BOARD (MSPB) WITHIN 30 DAYS OF
EFFECTIVE DATE OF THE REMOVAL ACTION. FOR MORE INFORMATION ON HOW TO
FILE AN APPEAL WITH THE MSPB, PLEASE VISIT WWW.MSPB.GOV.
SF-2819 WAS PROVIDED. LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS
DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN INDIVIDUAL POLICY (NON-
GROUP CONTRACT).
FORWARDING ADDRESS= ■■■■■■■■■■■■
"         "   :
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
REASON(S) FOR REMOVAL: ARTICLE II OF THE UNITED STATES CONSTITUTION AND
THE LAWS OF THE UNITED STATES.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/USA | ELECTRONICALLY SIGNED BY:<br><br>CYNTHIA HAMPTON<br>HUMAN RESOURCES OFFICER |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ09 | 4424 | 09/23/2025 |

5-Part 50-316        2 - OPF Copy - Long-Term Record - DO NOT DESTROY        Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238