**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:26-cv-25321-KMM

WILL ROSENZWEIG,

Plaintiff,

v.

TODD BLANCHE, *et al.*,

Defendants.

_______________________________________/

**ORDER OF RECUSAL**

**THE UNDERSIGNED MAGISTRATE JUDGE**, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a).

**DONE AND ORDERED** in Miami, Florida, this 20th day of August 2026.

**LISETTE M. REID**
**UNITED STATES MAGISTRATE JUDGE**