**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-25321-KMM**

**WILL ROSENZWEIG**,

*Plaintiff*,

v.

**TODD BLANCHE**, *et al.*,

*Defendants*.
_______________________________________/

**ORDER OF RECUSAL AND ORDER OF REASSIGNMENT**

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, *see* [ECF No. 10], hereby recuses herself based upon a review of the pending record and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and the Local Rules and Internal Operating Procedures of the Court.

DONE AND ORDERED in Chambers in Miami, Florida, this 20th day of August, 2026.

_______________________________________
YENEY HERNANDEZ
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules, Internal Operating Procedures, and applicable Administrative Orders for the Southern District of Florida, this cause will be reassigned by the Clerk's Office to the calendar of Magistrate Judge Enjolique A. Lett.

Copies of this order shall be served on all pending parties of record. All documents for filing in this case shall carry the following case number and designation:

26-cv-25321-Moore/Lett.

BY ORDER OF COURT this 21st day of August, 2026, Miami, Florida.

ANGELA E. NOBLE
CLERK OF COURT

By: s/Valerie Kemp
Deputy Clerk

cc: The Honorable K. Michael Moore
Counsel of Record