**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-CV-25321-MOORE/LETT**

**WILL ROSENZWEIG,**

**Plaintiff,**

**v.**

**TODD BLANCHE,**
**In his official capacity as Acting Attorney General of the**
**UNITED STATES DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue, NW**
**Washington, D.C. 20530;**

**UNITED STATES DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue, NW**
**Washington, D.C. 20530;**

**JASON A. REDING QUIÑONES,**
**In his official capacity as United States Attorney**
**for the Southern District of Florida**
**99 NE 4th St, Miami, FL 33132; and**

**OFFICE OF PERSONNEL MANAGEMENT**
**1900 E Street, NW, Washington, D.C. 20415,**

**Defendants.**
__________________________________________/

**NOTICE OF FILING RETURN OF SERVICE**

Plaintiff Will Rosenzweig files the Return of Service of the Original Complaint on Defendant United States Department of Justice, delivered on August 19, 2026, by Certified Mail, Return Receipt Requested, as shown in Exhibit A.

Respectfully Submitted,

*/s/ Margaret M. Donovan*
Margaret M. Donovan
(*pro hac vice)*
KOSKOFF KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421- Fax: (203) 368-3244
mdonovan@koskoff.com

*/s/ Daniel Fridman*
Daniel Fridman
Fla. Bar No. 176478
Adam S. Fels
Fla. Bar No. 114917
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle, Suite 715
Coral Gables, FL 33134
Tel: (305) 569-7701
daniel.fridman@ffslawfirm.com
afels@ffslawfirm.com

*Attorneys for Plaintiff Will Rosenzweig*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Daniel Fridman*
Daniel Fridman
Fla. Bar No. 176478