# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| WILL ROSENZWEIG<br>*Plaintiff(s)*<br>v.<br>TODD BLANCHE, et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-25321-KMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel Fridman
Fridman Fels & Soto PLLC
150 Alhambra Circle, Suite 715
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Aug 7, 2026

SUMMONS

s/ K. Riles
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* United States Department of Justice

was received by me on *(date)* ________________ .

☐ I personally served the summons on the individual at *(place)* ________________

________________ on *(date)* ________________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________________

________________ , a person of suitable age and discretion who resides there,

on *(date)* ________________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ________________

________________ on *(date)* ________________ ; or

☐ I returned the summons unexecuted because ________________ ; or

☒ Other *(specify)*: I served the summons on Defendant United States Department of Justice, via USPS Certified Mail Signature Required on August 19, 2026. Copies of the tracking information and proof of delivery are attached hereto.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Sept. 10, 2026

________________
*Server's signature*

Margaret Donovan, Counsel for Plaintiff (pro hac vice)
*Printed name and title*

Koskoff, Koskoff & Bieder, PC
350 Fairfield Avenue
Bridgeport, CT 06604
*Server's address*

Additional information regarding attempted service, etc:

## ENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

. Article Addressed to:

Jnited States Department of Justice
750 Pennsylvania Avenue, NW
Washington, D.C. 20530

9590 9402 7464 2055 7380 21

. Article Number *(Transfer from service label)*

20 1290 0001 3461 6833

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X Evie Sassi

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* AUG 19 2026

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INSPECTED 26

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

S Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 7464 2055 7380 21

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Margaret H. Donovan
Koskoff Koskoff & Bieder PC
350 Fairfield Ave
Bridgeport, CT, 06604

ALERT: IMPACTS FROM TROPICAL STORM EDOUARD IN THE GULF REGION, AND FLOODING ...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

**70201290000134616833**

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:33 am on August 19, 2026 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 19, 2026 4:33 AM

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20530
August 18, 2026 11:08 AM

**Arrived at Post Office**

WASHINGTON, DC 20018
August 18, 2026 9:39 AM

**Arrived at USPS Facility**

WASHINGTON DC DISTRIBUTION CENTER
August 13, 2026 1:54 PM

**Arrived at USPS Facility**

WHITE PLAINS NY DISTRIBUTION CENTER

August 12, 2026 8:44 PM

**Hide Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**