UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-25321-MOORE/Lett

WILL ROSENZWEIG,

Plaintiffs,

v.

TODD BLANCHE, in his capacity
as Attorney General, et al.,

Defendants.
_________________________________/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO CONDUCT SCHEDULING CONFERENCE**

Defendants respectfully move this Court for a thirteen (13) day enlargement of time to conduct the scheduling conference in this matter.

1) This Court's August 10, 2026, Paperless Order [D.E. 5] instructs the parties to conduct a scheduling conference within either twenty (20) days of the filing of the first responsive pleading by the last responding defendant or within sixty (60) days after the filing of the complaint, whichever occurs first. None of Defendants have filed a responsive pleading. Because the Complaint was filed on August 7, 2026, the sixty (60) day deadline expires on October 6, 2026.

2) Because of conflict issues, the United States Attorney's Office for the Southern District of Florida will not be representing Defendants in this matter. Department of Justice leadership is currently working to identify another U.S. Attorney's Office that will represent Defendants. Because that representation has not yet been determined, the undersigned respectfully requests a thirteen (13) day enlargement of time, until October 19, 2026, to conduct the scheduling conference in this matter.

3) Defendants do not seek this enlargement for the purpose of delay and there will be no prejudice if the Court grants this motion.

4) Pursuant to Local Rule 7.1, the undersigned contacted Plaintiff's counsel who does not oppose the request.

WHEREFORE, based upon the foregoing, Defendants respectfully request an enlargement of time up to and including October 19, 2026, to conduct the scheduling conference.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: *Matthew J. Feeley*
Matthew J. Feeley
Fla. Bar. No. 0012908
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel No.: (305) 961.9235
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on October 2, 2026, on all counsel or parties of record.

*Matthew J. Feeley*
MATTHEW J. FEELEY