UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-25321-MOORE/Lett

WILL ROSENZWEIG,

Plaintiffs,

v.

TODD BLANCHE, in his capacity
as Attorney General, et al.,

Defendants.
________________________________/

**_PROPOSED_ ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO CONDUCT SCHEDULING CONFERENCE**

THIS MATTER is before the Court on the Unopposed Motion for Enlargement of Time to conduct the scheduling conference. Having carefully considered the motion and finding good cause shown, it is **ORDERED and ADJUDGED** that:

Defendants shall have up to and including October 19, 2026, to conduct the scheduling conference.

**DONE AND ORDERED** in Chambers, Miami, Florida this __ day of October, 2026.

________________________________
**K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record