**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

WILL ROSENZWEIG,

Plaintiff,

v. Case No. 1:26-cv-25321-MOORE/LETT

TODD BLANCE, *et al*.,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL**

PLEASE TAKE NOTICE that the Special Attorney Jonathan M. Weirich, acting under authority conferred by 28 U.S.C. § 515 enters an appearance for Defendants Todd Blanche, in his official capacity as Attorney General of the United States Department of Justice; United States Department of Justice; Jason A. Reding Quiñones, in his official capacity as United States Attorney; and Office of Personnel Management. Evidence of Jonathan M. Weirich's appointment as a Special Attorney is attached as Exhibit 1. Counsel requests that the Court direct notices, orders, and the like to undersigned counsel at the address indicated below.

//

//

//

//

//

//

//

DATED this 15th day of October, 2026.

**GREGORY W. KEHOE**
United States Attorney for the Middle
District of Florida

By: /s/ *Jonathan M. Weirich*
Jonathan M. Weirich
Assistant United States Attorney
Florida Bar No. 118961
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone No.: (239) 461-2238
Email: Jonathan.weirich@usdoj.gov
*Counsel for the Defendants*
*Acting Under Authority Conferred*
*by 28 U.S.C. § 515*