UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

WILL ROSENZWEIG,

Plaintiff,

Case No. 1:26-cv-25321-KMM

v.

TODD BLANCHE, in his official capacity as Attorney General of the United States Department of Justice et al.,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the Special Attorney Chad C. Spraker, acting under authority conferred by 28 U.S.C. § 515 enters an appearance for Defendants Todd Blanche, in his official capacity as Attorney General of the United States Department of Justice; United States Department of Justice; Jason A. Reding Quiñones, in his official capacity as United States Attorney; and Office of Personnel Management. Evidence of Chad C. Spraker's appointment as a Special Attorney is attached as Exhibit 1. Counsel requests that the Court direct notices, orders, and the like to undersigned counsel at the address indicated below.

///

///

///

///

///

///

DATED this 15th day of October, 2026.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/Chad C. Spraker*
CHAD C. SPRAKER
Special Attorney
USA No. 198
2110 First Street, Ste. 3-137
Fort Myers, Florida 33901
Telephone: 239-461-2200
Fax: 239-461-2219
Email: chad.spraker@usdoj.gov
Acting Under Authority Conferred by 28 U.S.C. § 515