**U.S. Department of Justice**

Executive Office for United States Attorneys

*Human Resources Staff*

*III Constitution Square*
*175 N Street, NE, Suite 7.800*
*Washington, DC 20530*

*(202) 252-5300*
*FAX (202) 252-5301*

October 14, 2026

Chad Spraker
Assistant United States Attorney
Middle District of Florida
2110 First Street
Fort Meyers, FL 33901

Dear Mr. Spraker:

You are hereby appointed as a Special Attorney to the United States Attorney General pursuant to 28 U.S.C. § 515. Subject to the terms and conditions set forth below, you are authorized to conduct in the Southern District of Florida any kind of legal proceedings, civil or criminal, including Grand Jury proceedings and proceedings before United States Magistrates, which United States Attorneys are authorized to conduct.

This appointment is effective the date of this letter and is made subject to the following terms and conditions, with which we ask that you express your concurrence by signing this letter and returning it to me:

1. This appointment is indefinite but may be terminated at any time without cause.

2. With regard to all matters handled by you as a Special Attorney, you will report to, and act under, the direction of the United States Attorney General or their delegee.

3. During and after the term of your appointment, you will be subject to all laws, regulations, and policies applicable to employees of the Department of Justice and to former employees which prohibit your disclosure to unauthorized persons of information obtained by you in the course of your work as a Special Attorney. These include, but are not limited to, the Standards of Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. Part 2635 et seq.; federal conflict of interest laws, 18 U.S.C. §§ 207, 208, and 209; laws restricting the disclosure of certain confidential governmental information, 18 U.S.C. § 1905; the Freedom of Information Acts, 5 U.S.C. §§ 552 and 552a; and political activity restrictions, 5 U.S.C. § 7321 et seq.

Ex. 1

4. You will serve without compensation other than that which you now receive as an employee of the Department of Justice.

5. Your Special Attorney appointment may be terminated at any time without cause or notice.

You may file a copy of this letter with the Clerk of the District Court to evidence this appointment.

Sincerely,

JANICE ASHWELL Digitally signed by JANICE ASHWELL Date: 2026.10.14 17:39:34 -04'00'

Janice Ashwell
Acting Assistant Director, Operations
Human Resources Staff
Executive Office for United States Attorney

The foregoing terms and conditions are hereby agreed to and accepted:

CHAD SPRAKER Digitally signed by CHAD SPRAKER Date: 2026.10.15 09:16:16 -04'00'

Chad C Spraker