**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 26-CV-25321-MOORE/LETT**

WILL ROSENZWEIG,

Plaintiff,

v.

TODD BLANCHE, *et al*.,

Defendants.
_______________________________________/

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO ESTABLISH BRIEFING SCHEDULE**

Defendants, through their counsel Special Attorneys Jonathan M. Weirich and Chad C. Spraker, and Plaintiff, through his counsel Daniel Fridman and Margaret Donovan, hereby jointly move for an extension of time for Defendants to respond to the Complaint, and to establish a briefing schedule for Plaintiff's Response and Defendants' Reply.

In support of this motion, the parties state as follows:

1. Plaintiff filed the present Complaint on August 7, 2026, alleging that he was abruptly and improperly terminated from his position as an Assistant United States Attorney in the United States Attorneys Office for the Southern District of Florida ("USASDFL"). The Complaint contains numerous factual allegations and five counts for violations of the First and Fifth Amendments of the U.S. Constitution; a violation of the Separation of Powers under the U.S. Constitution; a violation of the Privacy Act, 5 U.S.C. § 552a(e)(5) and (e)(7); and violations of the Administrative Procedures Act, 5 U.S.C. § 706 *et seq*. Plaintiff contends he is entitled to declaratory relief, reinstatement of his employment with the USASDFL, backpay, costs and other

relief.

2. The Court's docket indicates that service was made on all Defendants pursuant to Rule 4(i) starting on or about August 18, 2026 through August 27, 2026.

3. On October 2, 2026, the USASDFL gave notice that it must recuse itself from the case due to conflicts. [Docs. 22 and 23].

4. The case was then passed to the Middle District of Florida, and finally to the undersigned and fellow Assistant United States Attorney Chad C. Spraker, who were appointed Special Attorneys to represent the Defendants in this matter on October 15, 2026. [Docs. 24 and 25].

5. Upon receiving their appointments on the morning of October 15, 2026, Special Attorneys Weirich and Spraker called Plaintiff's attorneys Daniel Fridman and Margaret Donovan to confer on scheduling and the response deadlines for this case. The parties communicated regarding the scheduling of responses, and Defendants' need for additional time to fully investigate and brief the factual and legal issues in the Complaint. As a result of this conferral, the parties agreed to the following briefing schedule:

Defendants' Response to the Complaint shall be due by **November 16, 2026**;

Plaintiff's Response, if required, shall be due by **December 21, 2026**;

Defendant's Reply shall be due by **January 8, 2027**.

6. This matter is a complex case that presents constitutional questions and a detailed fact pattern involving social media influencers, criminal fraud defendants and various high-level Department of Justice officials—including the prior and current Attorney General. Additionally, the entire USASDFL—normally tasked with representing the Defendants in the Southern District of Florida courts—has recused itself due to conflicts. The Defendants were required to find

another appropriate United States Attorneys Office, delegate this case and appoint Special Attorneys Weirich and Spraker. Special Attorneys Weirich and Spraker were appointed and sworn on October 15, 2026, and have not delayed in communicating with Defendants and Plaintiff's counsel.

7. Under such circumstances, the parties believe good cause exists for the requested extension and briefing schedule outlined herein.

8. The parties are not requesting this extension of time and briefing schedule to unnecessarily or unreasonably delay this case.

9. The parties are scheduled to conduct the Local Rule 16.1 conference per this Court's Pretrial Order on October 19, 2026.

WHEREFORE, Plaintiff and Defendants jointly request that the Court enter an Order approving the requested extension of time and briefing schedule in this matter.

DATED this 16th day of October, 2026.

**GREGORY W. KEHOE**
United States Attorney

By: /s/ *Jonathan M. Weirich*
Jonathan M. Weirich
Special Attorney
Florida Bar No. 118961
Chad C. Spraker
Special Attorney
USA No. 198
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone No.: (239) 461-2238
Email: Jonathan.weirich@usdoj.gov
Chad.spraker@usdoj.gov
*Counsel for the Defendants*
*Acting Under Authority Conferred*
*by 28 U.S.C. § 515*

*/s/ Margaret M. Donovan*
Margaret M. Donovan (*pro hac vice*)
KOSKOFF KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
mdonovan@koskoff.com

*/s/ Daniel Fridman*
Daniel S. Fridman
Fla. Bar No. 176478
daniel.fridman@ffslawfirm.com
Adam S. Fels
Fla. Bar No. 114917
FRIDMAN FELS & SOTO, PLLC
150 Alhambra Circle, Suite 715
Coral Gables, FL 33134
Tel: (305) 569-7701
daniel.fridman@ffslawfirm.com
afels@ffslawfirm.com

*Counsel for Plaintiff Will Rosenzweig*